SAMUEL KORNHAUSER, Esq., California Bar No. 083528
JACOB ROSSMAN, Esq., California Bar No. 286820
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:    (415) 981-6281
Facsimile:    (415) 981-7616
Attorneys for Plaintiffs

NATASHA J. BAKER (SBN 226981)
nbaker@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
Attorney for Defendants
COMPASS BRAND MANAGEMENT and ESTABLISHED BRANDS, INC.

MEGAN L. ANDERSON (SBN 248058)
megan.anderson@gpmlaw.com
MATTHEW P. WEBSTER (SBN 0392530)
matthew.webster@gpmlaw.com
GRAY PLANT MOOTY & BENNETT, P.A.
500 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4000
*Pro Hac Vice* Attorneys for Defendants
COMPASS BRAND MANAGEMENT, LLC and ESTABLISHED BRANDS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN PAGE, an individual, and Executrix of the ESTATE OF RONALD PAGE, and THE ESTATE OF RONALD PAGE,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS BRAND MANAGEMENT, LLC, a Delaware limited liability corporation, ESTABLISHED BRANDS, INC., a Minnesota corporation,<br><br>Defendants. | Case No. C 13 0033 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND CONTINUATION OF CASE MANAGEMENT CONFERENCE** |

## STIPULATION

Plaintiffs Kathryn Page and the Estate of Ronald Page (collectively "Plaintiffs"), and Defendants Compass Brand Management, LLC and Established Brands, Inc. (collectively "Defendants"), by and through their respective counsel stipulate as follows:

The parties have agreed on settlement terms. A collateral issue arose but is in the process of being resolved. The parties estimate that they need an additional thirty (30) days to complete the settlement documents and file a dismissal with prejudice of this action. The parties therefore request the following:

1. that the case management conference set for June 28, 2013 at 1:30PM in Courtroom 11, 19th Floor, at 450 Golden Gate Avenue, San Francisco, CA, be continued to 1:30 p.m. on July 19, 2013, or a later date and time convenient to the Court;

2. that the deadline for the parties to file a joint case management statement be extended to July 12, 2013.

Dated: June 20, 2013.   GRAY PLANT MOOTY & BENNETT, P.A.


By:    /s/ Matthew P. Webster
    Megan L. Anderson
    Matthew P. Webster
*Pro Hac Vice* Attorneys for Defendants
COMPASS BRAND MANAGEMENT, LLC and
ESTABLISHED BRANDS, INC.

Dated: June 20, 2013.   LAW OFFICES OF SAMUEL KORNHAUSER


By:    /s/ Samuel Kornhauser
Samuel Kornhauser
Attorney for Plaintiffs
KATHRYN PAGE and THE ESTATE OF RONALD PAGE

LAW OFFICES
SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, CA 94111

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Stipulation, the parties need not file a joint case management statement until July 12, 2013, and the case management conference set for June 28, 2013 is continued and rescheduled for July 19, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 21, 2013.

_____
Honorable Jeffrey S. White
Judge of the United States District Court