NATASHA J. BAKER (SBN 226981)
nbaker@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorney for Defendants
COMPASS BRAND MANAGEMENT and
ESTABLISHED BRANDS, INC.

MEGAN L. ANDERSON (SBN 248058)
megan.anderson@gpmlaw.com
MATTHEW P. WEBSTER (SBN 0392530)
matthew.webster@gpmlaw.com
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
500 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4444

*Pro Hac Vice* Attorneys for Defendants
COMPASS BRAND MANAGEMENT, LLC and
ESTABLISHED BRANDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN PAGE, an individual, and Executrix of the ESTATE OF RONALD PAGE, and THE ESTATE OF RONALD PAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS BRAND MANAGEMENT, LLC, a Delaware limited liability corporation, ESTABLISHED BRANDS, INC., a Minnesota corporation,<br><br>Defendants. | Case No. 3:13-cv-00033-~~JSC~~ JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**Complaint Filed:** January 3, 2013 |

The above-referenced parties, by and through their counsel, stipulate and agree as follows:

1. That, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims asserted in the above-entitled lawsuit shall be dismissed with prejudice and on the merits without any award of attorney's fees or costs to any of the parties.

2. Based on this Stipulation the Court may immediately cause a judgment of dismissal with prejudice and without any award of attorney's fees or costs to be entered herein.

Dated:  November 5, 2013.　　　　　　GRAY PLANT MOOTY & BENNETT, P.A.


By:  /s/ Megan L. Anderson
　　　Megan L. Anderson
　　　*Pro Hac Vice* Attorney for Defendants
　　　COMPASS BRAND MANAGEMENT, LLC and
　　　ESTABLISHED BRANDS, INC.

Dated:  November 5, 2013.　　　　　　LAW OFFICES OF SAMUEL KORNHAUSER


By:  /s/ Samuel Kornhauser
　　　Samuel Kornhauser
　　　Attorney for Plaintiffs
　　　KATHRYN PAGE and THE ESTATE OF RONALD
　　　PAGE

## **ORDER**

Good cause appearing, the above Stipulation for Dismissal with Prejudice is hereby approved. This case is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

SO ORDERED THIS __5th__ day of __November__, 2013.

_____
Honorable Jeffrey S. White
United States District Court Judge

GP:3400862 v10